THE NEHRING COMPANY, INCORPORATED, Appellant,
v. WILLIS T. HANSON, Respondent.

*Contract — commission on sale of real property.*

*Nehring Co., Inc.*, v. *Hanson*, 184 App. Div. 892, affirmed.

(Submitted October 7, 1920; decided October 22, 1920.)

. APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 1, 1918, modifying and affirming as modified a judgment in favor of defendant entered upon an order of the court at a Trial Term, setting aside a verdict in favor of plaintiff and directing a dismissal of the complaint. The complaint alleged that the defendant employed the plaintiff to sell the defendant's saw mill at Wells, New York, for the sum of $30,000, and agreed to pay plaintiff a commission of five per cent of the gross amount for such sale, and that pursuant to said agreement and between the months of March and December, 1915, the plaintiff expended money, time and

labor, and thereupon and in or about the month of November, 1915, and through the efforts of the plaintiff, the defendant sold the said saw mill to the Adirondack Wood Products Corporation for the sum of $30,000, and demanded judgment for five per cent thereof. The answer set up a general denial, and for a further defense alleged that in the month of March, 1915, defendant agreed that if plaintiff would procure a buyer for the said saw mill for the sum of $30,000 he would pay plaintiff a commission of five per cent, with the express understanding that the defendant did not place the exclusive sale of the said property in the hands of plaintiff but reserved to himself the right to withdraw the said order and dispose of the same to other parties, and that in the month of August, 1915, plaintiff not having procured a buyer for the said mill, the said defendant withdrew the sale thereof from plaintiff, and in November, 1915, organized a corporation known as the Adirondack Wood Products Corporation, of which the defendant was the principal stockholder, and which took over the title of said mill.

*Robert L. Turk* and *Louis F. Stumpf* for appellant.
*Outerbridge Horsey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.